ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE JACKSON, DAVID M. JACKSON, DAVID M. JACKSON, JR., WILLIAM H. JACKSON, JOBE JACKSON, and CLIFFORD L. JACKSON AS BENEFICIARIES OF BERTHA JACKSON, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE,<br><br>Defendants | Case No. 1:08-CV-317-AWI DLB<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Case Management Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits

Pursuant to Local Rule 6-144, stipulations requesting extensions of time greater than thirty (30) days in length, require court approval. Accordingly, the parties request that this Court approve the attached proposed order, allowing the time frame for GSK to move, answer, or otherwise respond to Plaintiff's Complaint to be governed by the Case Management Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: May 14, 2008                                         DRINKER BIDDLE & REATH LLP

/S/ *Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE

Dated: May 14, 2008                                         ROBINSON, CALGANIE & ROBINSON

/S/ *Karen B. Menzies*
MARK P. ROBINSON
KAREN B. MENZIES

Counsel for Plaintiffs
CHARLENE JACKSON, DAVID M. JACKSON, DAVID M. JACKSON, JR., WILLIAM H. JACKSON, JOBE JACKSON, and CLIFFORD L. JACKSON AS BENEFICIARIES OF BERTHA JACKSON, Deceased

IT IS SO ORDERED:

Dated: 14 May 2008                                          /s/ *Dennis L. Beck*
                                                            HON. DENNIS L. BECK

transfer by the Judicial Panel on Multidistrict Litigation.