ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE JACKSON, DAVID M. JACKSON, DAVID M. JACKSON, JR., WILLIAM H. JACKSON, JOBE JACKSON, and CLIFFORD L. JACKSON AS BENEFICIARIES OF BERTHA JACKSON, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Defendants | Case No. 1:08-CV-317-AWI DLB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE SCHEDULING CONFERENCE**<br><br>Date:  June 10, 2008<br>Time:  8:30 a.m.<br>Judge:  Mag. Dennis L. Beck<br>Court Room:  9 (6th Floor) |

WHEREAS, the Parties are to submit a joint report by June 3, 2008, for a Scheduling Conference set for June 10, 2008 at 8:30 a.m. before this Court;

WHEREAS, on May 19, 2008 the Judicial Panel on Multidistrict Litigation conditionally transferred this case to the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania ("MDL 1871");

WHEREAS, the Judicial Panel on Multidistrict Litigation is scheduled to rule upon the conditional transfer of this case to MDL 1871;

WHEREAS, transfer to the MDL 1871 could obviate the need for a Scheduling Conference before this Court;

WHEREAS, the Parties agree to continue the Scheduling Conference to August 12, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES AND ORDERED THAT:

1. The Scheduling Conference set for June 10, 2008 at 8:30 a.m. shall be continued to August 12, 2008.

IT IS SO STIPULATED:

Dated: June 3, 2008                           DRINKER BIDDLE & REATH LLP

                                              */S/ Krista L. Cosner*
                                              KRISTA L. COSNER

                                              Attorneys for Defendant
                                              SMITHKLINE BEECHAM
                                              CORPORATION d/b/a
                                              GLAXOSMITHKLINE

Dated: June 3, 2008                           ROBINSON CALCAGNIE & ROBINSON

                                              */S/ Karen B. Menzies*
                                              MARK P. ROBINSON
                                              KAREN B. MENZIES

                                              Counsel for Plaintiffs
                                              CHARLENE JACKSON, DAVID M.
                                              JACKSON, DAVID M. JACKSON, JR.,
                                              WILLIAM H. JACKSON, JOBE
                                              JACKSON, and CLIFFORD L. JACKSON
                                              AS BENEFICIARIES OF BERTHA
                                              JACKSON, Deceased

IT IS SO ORDERED:

Dated: 5 June 2008                            /s/ Dennis L. Beck
                                              Hon. Dennis L. Beck
                                              U.S. Magistrate Judge